IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| RICHARD A. MILLER, | : | |
| | : | DOCKET NO.: 1:17-bk-02674-RNO |
| DEBTOR | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE, | : | OBJECTION TO PLAN |
| | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | NOT YET SET |
| v. | : | |
| | : | |
| RICHARD A. MILLER, | : | |
| | : | RELATED TO DOCKET NO.: 25 |
| RESPONDENT | : | |

WITHDRAWAL OF ATTORNEY FROM CERTIFICATE OF SERVICE
FOR PENNSYLVANIA DEPARTMENT OF REVENUE'S
OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

NOW COMES, the Commonwealth of Pennsylvania, Department of Revenue ("Department"), by and through its Office of Chief Counsel, and withdraws Jim Peavler, Esq. (Incorrect Attorney) from the Objection to Debtor's Chapter 13 Plan filed on September 7, 2017.

Date: September 8, 2017                                Respectfully submitted by,


By:    /s/ Jim Peavler
       Counsel
       PA Department of Revenue
       Office of Chief Counsel
       P.O. Box 281061
       Harrisburg, PA 17128-1061
       PA I.D. # 320663
       Phone: 717-787-2747
       Facsimile: 717-772-1459