IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| RICHARD A. MILLER, | : | |
| | : | DOCKET NO.: 1:17-bk-02674-RNO |
|           DEBTOR | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
|           MOVANT | : | HEARING DATE & TIME: |
| | : | NOT YET SET |
|      v. | : | |
| | : | |
| RICHARD A. MILLER, | : | |
| | : | RELATED TO DOCKET NO.: 27 |
|          RESPONDENT | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned

pleading Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on

September 7, 2017, by:

**1:17-bk-02674-RNO Notice will be electronically mailed to:**

Charles J. DeHart, III at dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com

John Matthew at jmh@johnhyamslaw.com, mii@johnhyamslaw.com

Jim Peavler at RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

United States Trustee at USTPRegion03.ha.ecf@usdoj.gov

James Warmbrodt at bkgroup@kmllawgroup.com

**1:17-bk-02674-RNO Notice will not be electronically mailed to:**

PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA  23541

EXECUTED ON:  September 8, 2017

Respectfully submitted by,


By:    /s/ Joseph J. Swartz
      Counsel
      PA Department of Revenue
      Office of Chief Counsel
      P.O. Box 281061
      Harrisburg, PA 17128-1061
      PA Attorney I.D.:  309233
      Phone: (717) 346-4645
      Facsimile: (717) 772-1459
      JoseSwartz@pa.gov
