UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Richard A. Miller

CASE NO: 1:17-bk-02674

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 11/15/2017, I did cause a copy of the following documents, described below,

Motion for Sale/ Proposed Order/ Order Setting Hearing Date/ Notice,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 11/15/2017

/s/ John M. Hyams
John M. Hyams  87327PA
The Law Offices of John M. Hyams
555 Gettysburg Pike, Suite C-400
Mechanicsburg, PA  17055
717 766 5300
mii@johnhyamslaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Richard A. Miller

CASE NO: 1:17-bk-02674

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 11/15/2017, a copy of the following documents, described below,

Motion for Sale/ Proposed Order/ Order Setting Hearing Date/ Notice,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/15/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
The Law Offices of John M. Hyams
John M. Hyams
555 Gettysburg Pike, Suite C-400
Mechanicsburg, PA  17055

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1 LABEL MATRIX FOR LOCAL NOTICING
03141
CASE 1-17-BK-02674-RNO
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
WED NOV 15 14-45-01 EST 2017

2 AMERI CREDIT ACCEPTANCE
961 E MAIN ST
2ND FLOOR
SPARTANBURG SC 29302-2185

3 BBYCBNA
PO BOX 6497
SIOUX FALLS SD 57117-6497

4 BUREAU OF EMPLOYER TAX OPER
PO BOX 68568
HARRISBURG PENNSYLVANIA 17106-8568

5 BUREAUS INVESTMENT GROUP PORTFOLIO
NO 15 LLC
CO PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

6 CAPITAL ONE
PO BOX 30281
SALT LAKE CITY UT 84130-0281

7 CAPITAL ONE BANK USA NA
PO BOX 71083
CHARLOTTE NC 28272-1083

8 FIRST PREMIER
3820 N LOUISE AVE
SIOUX FALLS SD 57107-0145

9 FORD MOTOR CREDIT
PO BOX 542000
OMAHA NE 68154-8000

10 FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

11 INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

12 INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PENNSYLVANIA 19101-7346

13 KUBOTA CREDIT
1175 S GUILD AVE
LODI CA 95240-3154

14 KUBOTA CREDIT CORPORATION
PO BOX 9013
ADDISON TEXAS 75001-9013

15 MIDLAND FUNDING LLC
MIDLAND CREDIT MGMT INC AS AGENT FOR
MIDLAND FUNDING LLC
PO BOX 2011
WARREN MI 48090-2011

16 OFFICE OF ATTORNEY GENERAL
FINANCIAL ENFORCEMENT SECTION
STRAWBERR
HARRISBURG PENNSYLVANIA 17120-0001

17 PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

18 PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

19 PREMIER BANKCARD LLC
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE
PO BOX 7999
SAINT CLOUD MN 56302-7999

20 SYNCBAMAZON
PO BOX 965015
ORLANDO FL 32896-5015

21 SYNCBDKS
PO BOX 965005
ORLANDO FL 32896-5005

22 JOSEPH J SWARTZ
PENNSYLVANIA DEPARTMENT OF REVENUE
PO BOX 281061
HARRISBURG PA 17128-1061

23 THE BUREAUS
650 DUNDEE ROAD
SUITE 370
NORTHBROOK IL 60062-2757

24 US DEPARTMENT OF JUSTICE
PO BOX 227 BEN FRANKLING STATION
WASHINGTON DISTRICT OF COLUMBIA 20044
-0227

25 UNITED STATES ATTORNEY
PO BOX 11754
HARRISBURG PENNSYLVANIA 17108-1754

26 VERIZON
NATIONAL RECOVERY OPERATIONS
PO BOX 26055
MINNEAPOLIS MN 55426-0055

27 VERIZON
BY AMERICAN INFOSOURCE LP AS AGENT
PO BOX 248838
OKLAHOMA CITY OK 73124-8838

ELECTRONIC NOTICE:
1:17-bk-02674-RNO

        Blair H Granger
        1800 East Lancaster Ave.
        Paoli, PA 19301

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036-8625

James Warmbrodt                  Jim Peavler
701 Market Street, Suite 5000   10th Floor, Strawberry Square
Philadelphia, PA 19106            Harrisburg, PA 17128

David William Raphael         Joseph J. Swartz
One Gateway Center-9th Floor   PO Box 281061
Pittsburgh, PA 15222             Harrisburg, PA 17128

    United States Trustee
    228 Walnut Street, Room 1190
    Harrisburg, Pennsylvania 17101-1722