```
                               United States Bankruptcy Court
                               Middle District of Pennsylvania
In re:                                                                  Case No. 17-02674-RNO
Richard A. Miller                                                       Chapter 13
          Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0314-1         User: karendavi              Page 1 of 2         Date Rcvd: Dec 05, 2017
                             Form ID: ntcnfhrg            Total Noticed: 37
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2017.
```
db             +Richard A. Miller,    205 Alpat Drive,    Dillsburg, PA 17019-9503
cr             +S&T Bank,    Linda L. Wolfe,    355 North 5th Street,    Indiana, PA 15701-1940
4939112        +BBY/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
4939113        +Bureau of Employer Tax Oper,    PO Box 68568,    Harrisburg, Pennsylvania 17106-8568
4939114        +CAPITAL ONE,    PO BOX 30281,    SALT LAKE CITY, UT 84130-0281
4956182         Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
4939116        +FIRST PREMIER,    3820 N LOUISE AVE,    SIOUX FALLS, SD 57107-0145
4939117        +FORD MOTOR CREDIT,    PO BOX 542000,    OMAHA, NE 68154-8000
4950494       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Company LLC,    Dept. 55953,    PO Box 55000,
                Detroit, MI 48255-0953)
4939120        +KUBOTA CREDIT,    1175 S GUILD AVE,    LODI, CA 95240-3154
4961422        +Kubota Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
4939121        +Office of Attorney General,    Financial Enforcement Section, Strawberr,
                Harrisburg, Pennsylvania 17120-0001
4939123        +S&T BANK,    800 PHILADELPHIA,    INDIANA, PA 15701-3908
4970222         S&T Bank,    c/o David W. Raphael, Esquire,    Grenen & Birsic, PC,
                One Gateway Center, 9th Floor,    Pittsburgh, PA  15222
4970221        +S&T Bank,    355 North 5th Street,    Indiana, PA 15701-1940
4939126        +The Bureaus,    650 Dundee Road,    Suite 370,    Northbrook, IL 60062-2757
4939127        +The Granger Firm,    1800 East Lancaster Ave,    Paoli, PA 19301-1533
4939128        +The Granger Firm,    Blair H. Granger, Esquire,    1800 East Lancaster Ave,
                Paoli, PA 19301-1533
4939129        +Tina M. Miller,    205 Alpat Drive,    Dillsburg, PA 17019-9503
4939130        +U.S. Department of Justice,    PO Box 227, Ben Frankling Station,
                Washington, District of Columbia 20044-0227
4939131         United States Attorney,    PO Box 11754,    Harrisburg, Pennsylvania 17108-1754
4939133        +VERIZON,    NATIONAL RECOVERY OPERATIONS,    PO BOX 26055,    MINNEAPOLIS, MN 55426-0055
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4939111        +E-mail/Text: bankruptcy@acacceptance.com Dec 05 2017 19:16:18     AMERI CREDIT ACCEPTANCE,
                961 E MAIN ST,    2ND FLOOR,    SPARTANBURG, SC 29302-2185
4984260        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 05 2017 19:19:31
                Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
4939115        +E-mail/Text: bankruptcy.bnc@ditech.com Dec 05 2017 19:16:02     DITECH,    PO BOX 6172,
                RAPID CITY, SD 57709-6172
4953164         E-mail/Text: bankruptcy.bnc@ditech.com Dec 05 2017 19:16:02
                Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
4939119         E-mail/Text: cio.bncmail@irs.gov Dec 05 2017 19:15:56     Internal Revenue Service,
                Centralized Insolvency Operations,    P.O. Box 21126,    Philadelphia, Pennsylvania 19114-0326
4984186        +E-mail/Text: bankruptcydpt@mcmcg.com Dec 05 2017 19:16:19     Midland Funding, LLC,
                Midland Credit Mgmt, Inc. as agent for,    Midland Funding, LLC,    PO Box 2011,
                Warren, MI 48090-2011
4939122         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 05 2017 19:16:16     PA Department of Revenue,
                Department 280946, Attn: Bankruptcy Divi,    Harrisburg, Pennsylvania 17128-0946
4981574         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 05 2017 19:20:00
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4940033        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 05 2017 19:30:57
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4960196         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 05 2017 19:16:16
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA 17128-0946
4974129        +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 05 2017 19:16:29     Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
4939124        +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2017 19:13:25     SYNCB/AMAZON,    PO BOX 965015,
                ORLANDO, FL 32896-5015
4939125        +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2017 19:13:25     SYNCB/DKS,    PO BOX 965005,
                ORLANDO, FL 32896-5005
4939132        +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Dec 05 2017 19:16:19     United States Trustee,
                228 Walnut Street, Room 1190,    Harrisburg, Pennsylvania 17101-1722
4961088         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 05 2017 19:19:30     Verizon,
                by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4939118*        Internal Revenue Service,    PO Box 7346,    Philadelphia, Pennsylvania 19101-7346
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2017 at the address(es) listed below:
              Blair H Granger    on behalf of Creditor    Ditech Financial LLC blair.granger@thegrangerfirm.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              David William Raphael    on behalf of Creditor    S&T Bank draphael@grenenbirsic.com,
               mcupec@grenenbirsic.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Jim Peavler    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              John Matthew Hyams    on behalf of Debtor 1 Richard A. Miller jmh@johnhyamslaw.com,
               mii@johnhyamslaw.com
              Joseph J. Swartz    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Richard A. Miller
Debtor(s)

Chapter 13

Case No. 1:17−bk−02674−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **January 3, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: January 10, 2018<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: karendavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 5, 2017 |