```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                                Case No. 17-02674-RNO
Richard A. Miller                                                     Chapter 13
     Debtor                         CERTIFICATE OF NOTICE
District/off: 0314-1           User: karendavi              Page 1 of 2                Date Rcvd: Dec 12, 2017
                               Form ID: pdf010              Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2017.
db             +Richard A. Miller,    205 Alpat Drive,    Dillsburg, PA 17019-9503
cr             +S&T Bank,   Linda L. Wolfe,    355 North 5th Street,    Indiana, PA 15701-1940
4939112        +BBY/CBNA,   PO BOX 6497,    SIOUX FALLS, SD 57117-6497
4939113        +Bureau of Employer Tax Oper,    PO Box 68568,    Harrisburg, Pennsylvania 17106-8568
4939114        +CAPITAL ONE,    PO BOX 30281,    SALT LAKE CITY, UT 84130-0281
4956182         Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
4939116        +FIRST PREMIER,    3820 N LOUISE AVE,    SIOUX FALLS, SD 57107-0145
4939117        +FORD MOTOR CREDIT,    PO BOX 542000,    OMAHA, NE 68154-8000
4950494       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Company LLC,   Dept. 55953,    PO Box 55000,
                Detroit, MI 48255-0953)
4939120        +KUBOTA CREDIT,    1175 S GUILD AVE,    LODI, CA 95240-3154
4961422        +Kubota Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
4939121        +Office of Attorney General,    Financial Enforcement Section, Strawberr,
                Harrisburg, Pennsylvania 17120-0001
4939123        +S&T BANK,   800 PHILADELPHIA,    INDIANA, PA 15701-3908
4970221        +S&T Bank,   355 North 5th Street,    Indiana, PA 15701-1940
4970222         S&T Bank,   c/o David W. Raphael, Esquire,    Grenen & Birsic, PC,
                One Gateway Center, 9th Floor,    Pittsburgh, PA  15222
4939126        +The Bureaus,    650 Dundee Road,    Suite 370,   Northbrook, IL 60062-2757
4939127        +The Granger Firm,    1800 East Lancaster Ave,    Paoli, PA 19301-1533
4939128        +The Granger Firm,    Blair H. Granger, Esquire,    1800 East Lancaster Ave,
                Paoli, PA 19301-1533
4939129        +Tina M. Miller,    205 Alpat Drive,    Dillsburg, PA 17019-9503
4939130        +U.S. Department of Justice,    PO Box 227, Ben Frankling Station,
                Washington, District of Columbia 20044-0227
4939131         United States Attorney,    PO Box 11754,    Harrisburg, Pennsylvania 17108-1754
4939133        +VERIZON,   NATIONAL RECOVERY OPERATIONS,    PO BOX 26055,    MINNEAPOLIS, MN 55426-0055

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4939111        +E-mail/Text: bankruptcy@acacceptance.com Dec 12 2017 19:00:00     AMERI CREDIT ACCEPTANCE,
                961 E MAIN ST,    2ND FLOOR,    SPARTANBURG, SC 29302-2185
4984260        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 12 2017 19:04:30
                Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
4939115        +E-mail/Text: bankruptcy.bnc@ditech.com Dec 12 2017 18:59:55     DITECH,    PO BOX 6172,
                RAPID CITY, SD 57709-6172
4953164         E-mail/Text: bankruptcy.bnc@ditech.com Dec 12 2017 18:59:55
                Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
4939119         E-mail/Text: cio.bncmail@irs.gov Dec 12 2017 18:59:54     Internal Revenue Service,
                Centralized Insolvency Operations,    P.O. Box 21126,    Philadelphia, Pennsylvania 19114-0326
4984186        +E-mail/Text: bankruptcydpt@mcmcg.com Dec 12 2017 19:00:00     Midland Funding, LLC,
                Midland Credit Mgmt, Inc. as agent for,   Midland Funding, LLC,    PO Box 2011,
                Warren, MI 48090-2011
4939122         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 12 2017 18:59:58      PA Department of Revenue,
                Department 280946, Attn: Bankruptcy Divi,    Harrisburg, Pennsylvania 17128-0946
4981574         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 12 2017 19:04:30
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4940033        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 12 2017 19:04:30
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4960196         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 12 2017 18:59:59
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
4974129        +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 12 2017 19:00:03     Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
4939124        +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2017 18:59:00     SYNCB/AMAZON,    PO BOX 965015,
                ORLANDO, FL 32896-5015
4939125        +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2017 18:59:05     SYNCB/DKS,    PO BOX 965005,
                ORLANDO, FL 32896-5005
4939132        +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Dec 12 2017 19:00:00     United States Trustee,
                228 Walnut Street, Room 1190,    Harrisburg, Pennsylvania 17101-1722
4961088         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 12 2017 19:04:40     Verizon,
                by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4939118*        Internal Revenue Service,    PO Box 7346,    Philadelphia, Pennsylvania 19101-7346
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2017 at the address(es) listed below:

```
          Blair H Granger    on behalf of Creditor    Ditech Financial LLC blair.granger@thegrangerfirm.com
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          David William Raphael    on behalf of Creditor    S&T Bank draphael@grenenbirsic.com,
           mcupec@grenenbirsic.com
          James   Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          Jim   Peavler    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          John Matthew Hyams    on behalf of Debtor 1 Richard A. Miller jmh@johnhyamslaw.com,
           mii@johnhyamslaw.com
          Joseph J. Swartz    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Richard A. Miller | : | |
| | : | CASE NO. . 1:17-bk-02674-RNO |
| Richard A. Miller | : | |
|    Movant | : | |
| | : | |
|   v. | : | |
| | : | |
| Integrity Bank | : | |
| MERS/LBA Financial Group LLC | : | |
| Green Tree Servicing, LLC | : | |
| Myers Valley Farm, L.P. | : | |
| Susquehanna Bank | : | |
| Commonwealth of Pennsylvania, | : | |
| Department of Revenue | : | |
| IGF Funding LLC | : | |
| Ditech Financial LLC | : | |
| S&T Bank | : | |
| Farmers First Bank | : | |
| | : | |
|    Respondents | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
|    Trustee | : | |

**ORDER APPROVING SALE OF REAL PROPERTY
FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES
AND APPROVING DISTRIBUTION OF PROCEEDS**

The Motion of the Debtor, Richard A. Miller, to Approve the Sale of Real Property Free and Clear of Liens, Claims and Encumbrances and Approving Distribution of Proceeds ("Motion") having come this day before the Court, and following notice to creditors in the above case and an opportunity for a hearing thereon, and the Court believing that the sale of the Real Property (as defined below) is in the best interests of the Debtor and his estate, and that such sale is made in good faith, and that the consideration offered is fair and reasonable, it is

  HEREBY ORDERED that:

 1. Richard A. Miller, Debtor herein, is authorized to sell the Real Property located at and known as 205 Alpat Drive, Dillsburg, York County, Pennsylvania (the "Real

Property"), under the terms of and pursuant to that certain Agreement between the Debtor, as Seller, and Andrew Samuel, Erica Sinclair, Shane Sinclair as Buyers, (the "Agreement") and as set forth in the Motion. Such sale shall be to Andrew Samuel, Erica Sinclair, Shane Sinclair for the total consideration of $550,000.00.

2. The sale of the Real Property shall be free and clear of all liens, claims and encumbrances, except for easements and rights of way of record as may exist upon or under such Real Property. All liens will attach to the proceeds in the order of their priority subject to the distribution set forth in this Order.

3. The sale shall be free and clear of all real estate taxes and such other allowed claims, subject to the distribution set forth in this Order and payments of such real estate taxes.

4. The distribution of the funds generated by the sale of the Real Property shall be as follows:

   a. Any notarization or incidental recording fees required to be paid by the Debtor, as Seller.
   b. Payment of the costs and expenses involved with the sale of the Real Property as set forth in the Agreement for Sale.
   c. Any costs associated with the preparation of the deed, processing fees, and normal services with respect to closing to be paid by Debtor, as Seller.
   d. Closing costs and expenses to be paid in accordance with the terms of the Agreement for Sale and any addendums to the said Agreement for Sale.
   e. Settlement fees, tax certifications, and overnight/express mail charges, if any, required to be paid by Debtor, as Seller.
   f. Attorney's fees in an amount of $3,500.00 payable to the Law Offices of John Hyams, payable on account of services in connection with this sale.
   g. Realty transfer tax, if any, required to be paid by Debtor, as Seller.
   h. Real estate commission of 6% of the gross sale price to Keller Williams Keystone Realty.
   i. Any present or past due real estate taxes owed on the Real Property, prorated to the date of sale.

5. The Debtor is empowered and ordered to execute any and all documents necessary to effectuate the sale of the Real Property.

6. Fed.R.Bankr.P. Rule 6004(h) is not applicable, and the Real Property may be sold and purchased promptly.

7. Upon payment of the appropriate fee, the Clerk's Office shall provide the Debtor with certified copies of this Order, as are necessary to be recorded in the Recorder of Deeds Offices of York County, Pennsylvania.

Dated: December 12, 2017

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (BI)