IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| RICHARD A. MILLER, | : | |
| | : | DOCKET NO.: 17-02674-RNO |
| DEBTOR | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | FEBRUARY 28, 2018, at 10:00 A.M. |
| v. | : | |
| | : | |
| RICHARD A. MILLER, | : | |
| | : | RELATED TO DOCKET NO.: 57 |
| RESPONDENT | : | |

CERTIFICATE OF SERVICE FOR RPENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S AMENDED CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Amended Chapter 13 Plan, on the parties at the below addresses, on January 26, 2018, by:

**1:17-bk-02674-RNO Notice will be electronically mailed to:**

Charles J. DeHart, III at dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com

Blair H. Granger at blair.granger@thegrangerfirm.com

John Matthew Hyams at jmh@johnhyamslaw.com, mii@johnhyamslaw.com

David William Raphael at draphael@grenenbirsic.com, mcupec@grenenbirsic.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

United States Trustee at USTPRegion03.ha.ecf@usdoj.gov

James Warmbrodt at bkgroup@kmllawgroup.com

**1:17-bk-02674-RNO Notice will not be electronically mailed to:**

PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541

EXECUTED ON: January 29, 2018

                        Respectfully submitted by,

By:    /s/ Joseph J. Swartz
        Counsel
        PA Department of Revenue
        Office of Chief Counsel
        P.O. Box 281061
        Harrisburg, PA 17128-1061
        PA Attorney I.D.: 309233
        Phone: (717) 346-4645
        Facsimile: (717) 772-1459
        JoseSwartz@pa.gov