```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                Case No. 17-02674-RNO
Richard A. Miller                                                     Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: karendavi            Page 1 of 1            Date Rcvd: May 09, 2018
                               Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2018.
db             #+Richard A. Miller,    205 Alpat Drive,    Dillsburg, PA 17019-9503

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2018 at the address(es) listed below:
              Blair H Granger    on behalf of Creditor    Ditech Financial LLC blair.granger@thegrangerfirm.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              David William Raphael    on behalf of Creditor    S&T Bank draphael@grenenbirsic.com,
               mcupec@grenenbirsic.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Jim Peavler    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              John Matthew Hyams    on behalf of Debtor 1 Richard A. Miller jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              Joseph J. Swartz    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

**Richard A. Miller**

**Debtor**

| | |
|---|---|
| Chapter: | 13 |
| Case Number: | 1-17-bk-02674 RNO |
| Document No.: | 51 |
| Nature of Proceeding: | **First Amended Chapter 13 Plan** |

## ORDER

After due consideration of the Debtor's First Amended Chapter 13 Plan, filed to Docket No. 51, and the Objections of the Chapter 13 Trustee and the PA Department of Revenue thereto, and after hearing held on May 9, 2018, it is

ORDERED that Debtor must file his 2014 Pennsylvania State Personal Income Tax Return and his 2014 Federal Income Tax Return, and provide copies of same to the Chapter 13 Trustee within thirty (30) days of the date of this Order or, upon certification of default filed by the Chapter 13 Trustee, the case will be dismissed without further notice; and,

FURTHER ORDERED that should the required income tax returns be timely filed and provided to the Trustee, the confirmation hearing is continued to **July 11, 2018**, at **10:00 a.m.**, in Bankruptcy Courtroom, Third Floor, Ronald Reagan Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

May 9, 2018

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)