# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RICHARD A. MILLER    CHAPTER 13

      Debtor(s)

CHARLES J. DEHART, III  
CHAPTER 13 TRUSTEE    CASE NO: 1-17-02674-RNO  
      Movant  
vs.

RICHARD A. MILLER

      DOCKET # 63

## CERTIFICATION OF DEFAULT

AND NOW, on June 12, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, and certifies that Debtor(s) have not complied with the Order filed May 9, 2018.

WHEREFORE, the Trustee requests that the case be dismissed.

Respectfully Submitted,  
s/ Vickie Williams  
for Charles J. DeHart, III, Trustee  
8125 Adams Drive, Suite A  
Hummelstown, PA 17036  
Phone: (717) 566-6097

Dated: June 12, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RICHARD A. MILLER

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CHAPTER 13

RICHARD A. MILLER

CASE NO: 1-17-02674-RNO

Respondent(s)

# CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on June 12, 2018.

JOHN M HYAMS ESQUIRE
2023 N 2ND STREET, SUITE 203
HARRISBURG, PA  17102-

RICHARD A. MILLER
205 ALPAT DRIVE
DILLSBURG, PA  17019

RESPECTFULLY SUBMITTED,

s/ Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  June 12, 2018