```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                    Case No. 17-02674-RNO
Richard A. Miller                                                         Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1           User: karendavi              Page 1 of 2               Date Rcvd: Jun 13, 2018
                               Form ID: pdf010              Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2018.
db             #+Richard A. Miller,   205 Alpat Drive,   Dillsburg, PA 17019-9503
cr              +S&T Bank,   Linda L. Wolfe,   355 North 5th Street,   Indiana, PA 15701-1940
4939112         +BBY/CBNA,   PO BOX 6497,   SIOUX FALLS, SD 57117-6497
4939113         +Bureau of Employer Tax Oper,   PO Box 68568,   Harrisburg, Pennsylvania 17106-8568
4939114         +CAPITAL ONE,   PO BOX 30281,   SALT LAKE CITY, UT 84130-0281
4956182          Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
4939116         +FIRST PREMIER,   3820 N LOUISE AVE,   SIOUX FALLS, SD 57107-0145
4939117         +FORD MOTOR CREDIT,   PO BOX 542000,   OMAHA, NE 68154-8000
4950494         ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                  (address filed with court: Ford Motor Credit Company LLC,   Dept. 55953,   PO Box 55000,
                    Detroit, MI 48255-0953)
4939120         +KUBOTA CREDIT,   1175 S GUILD AVE,   LODI, CA 95240-3154
4961422         +Kubota Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
4939121         +Office of Attorney General,   Financial Enforcement Section, Strawberr,
                  Harrisburg, Pennsylvania 17120-0001
4939123         +S&T BANK,   800 PHILADELPHIA,   INDIANA, PA 15701-3908
4970221         +S&T Bank,   355 North 5th Street,   Indiana, PA 15701-1940
4970222          S&T Bank,   c/o David W. Raphael, Esquire,   Grenen & Birsic, PC,
                  One Gateway Center, 9th Floor,   Pittsburgh, PA  15222
4939126         +The Bureaus,   650 Dundee Road,   Suite 370,   Northbrook, IL 60062-2757
4939127         +The Granger Firm,   1800 East Lancaster Ave,   Paoli, PA 19301-1533
4939128         +The Granger Firm,   Blair H. Granger, Esquire,   1800 East Lancaster Ave,
                  Paoli, PA 19301-1533
4939130         +U.S. Department of Justice,   PO Box 227, Ben Frankling Station,
                  Washington, District of Columbia 20044-0227
4939131          United States Attorney,   PO Box 11754,   Harrisburg, Pennsylvania 17108-1754

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4939111         +E-mail/Text: bankruptcy@acacceptance.com Jun 13 2018 18:59:11      AMERI CREDIT ACCEPTANCE,
                  961 E MAIN ST,   2ND FLOOR,   SPARTANBURG, SC 29302-2185
4984260         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2018 18:57:26
                  Bureaus Investment Group Portfolio No 15 LLC,   c/o PRA Receivables Management, LLC,
                  PO Box 41021,   Norfolk, VA 23541-1021
4939115         +E-mail/Text: bankruptcy.bnc@ditech.com Jun 13 2018 18:59:02      DITECH,   PO BOX 6172,
                  RAPID CITY, SD 57709-6172
4953164          E-mail/Text: bankruptcy.bnc@ditech.com Jun 13 2018 18:59:02
                  Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
                  Rapid City, South Dakota 57709-6154
4939119          E-mail/Text: cio.bncmail@irs.gov Jun 13 2018 18:59:00      Internal Revenue Service,
                  Centralized Insolvency Operations,   P.O. Box 21126,   Philadelphia, Pennsylvania 19114-0326
4984186         +E-mail/Text: bankruptcydpt@mcmcg.com Jun 13 2018 18:59:11      Midland Funding, LLC,
                  Midland Credit Mgmt, Inc. as agent for,   Midland Funding, LLC,   PO Box 2011,
                  Warren, MI 48090-2011
4939122          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 13 2018 18:59:09      PA Department of Revenue,
                  Department 280946, Attn: Bankruptcy Divi,   Harrisburg, Pennsylvania 17128-0946
4981574          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2018 18:56:49
                  Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
4940033         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2018 18:57:05
                  PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4960196          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 13 2018 18:59:09
                  Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                  Harrisburg, PA  17128-0946
4974129         +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 13 2018 18:59:17      Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
4939124         +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2018 18:56:47      SYNCB/AMAZON,   PO BOX 965015,
                  ORLANDO, FL 32896-5015
4939125         +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2018 18:57:03      SYNCB/DKS,   PO BOX 965005,
                  ORLANDO, FL 32896-5005
4939132         +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Jun 13 2018 18:59:12      United States Trustee,
                  228 Walnut Street, Room 1190,   Harrisburg, Pennsylvania 17101-1722
4939133         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 13 2018 18:58:57
                  VERIZON,   NATIONAL RECOVERY OPERATIONS,   PO BOX 26055,   MINNEAPOLIS, MN 55426-0055
4961088          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 13 2018 19:07:44      Verizon,
                  by American InfoSource LP as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4939118*         Internal Revenue Service,   PO Box 7346,   Philadelphia, Pennsylvania 19101-7346
```

```
District/off: 0314-1           User: karendavi              Page 2 of 2               Date Rcvd: Jun 13, 2018
                               Form ID: pdf010              Total Noticed: 36
4939129       ##+Tina M. Miller,    205 Alpat Drive,    Dillsburg, PA 17019-9503
                                                                                     TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2018 at the address(es) listed below:
```
              Blair H Granger    on behalf of Creditor    Ditech Financial LLC blair.granger@thegrangerfirm.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              David William Raphael    on behalf of Creditor    S&T Bank draphael@grenenbirsic.com,
               mcupec@grenenbirsic.com
              James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Jim  Peavler    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              John Matthew Hyams    on behalf of Debtor 1 Richard A. Miller jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              Joseph J. Swartz    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| RICHARD A. MILLER | | Chapter: | 13 |
|---|---|---|---|
| | Debtor 1 | Case No.: | 1-17-bk-02674-RNO |

| CHARLES J. DEHART, III | |
|---|---|
| CHAPTER 13 TRUSTEE | |
| vs. | Movant(s) |
| RICHARD A. MILLER | |
| | Respondent(s) |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: June 12, 2018

By the Court,

*Robert N. Opel, II* (BI)

Robert N. Opel, II, Chief Bankruptcy Judge

Order Dismissing Case with Parties - Revised 9/17